TO:      All Court of Appeals Judges, Professor Bacigal, Professor Swisher and John Tucker

FROM:  Marty Ring

DATE:  June 2, 2015


The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Angela C. Bess, M.D.
       v. Valerie A. Mucci and Virginia Birth-Related Neurological Injury Compensation Program
       Record No. 1191-14-4
       Opinion rendered by Judge Humphreys on
       March 3, 2015

2.  Loudoun Hospital Center, d/b/a Inova Loudoun Hospital, Azam Dabirzadeh, R.N., and Alysia Warfield, R.N.
       v. Valerie A. Mucci and Virginia Birth-Related Neurological Injury Compensation Program
       Record No. 1211-14-4
       Opinion rendered by Judge Humphreys on
       March 3, 2015

3.  Women's Healthcare Associates, Inc.
       v. Valerie A. Mucci and Virginia Birth-Related Neurological Injury Compensation Program
       Record No. 1180-14-4
       Opinion rendered by Judge Humphreys on
       March 3, 2015

4.  Andrew Becker, s/k/a Andrew Ira Becker
       v. Commonwealth of Virginia
       Record No. 1611-13-4
       Opinion rendered by Judge Petty on
       March 24, 2015

5.  Alexy J. Abdo, a/k/a Alexi J. Abdo
       v. Commonwealth of Virginia
       Record No. 0965-14-4
       Opinion rendered by Judge McCullough on
       March 24, 2015

6.  Darius Oneil Dalton
       v. Commonwealth of Virginia
       Record No. 2385-13-3
       Opinion rendered by Chief Judge Huff on
       March 31, 2015

7.  James Rush
     v. University of Virginia Health System/Commonwealth of Virginia
     Record No. 1886-14-3
     Opinion rendered by Judge McCullough on
     March 31, 2015

8.  Bruce Edison Parham
     v. Commonwealth of Virginia
     Record No. 0772-14-1
     Opinion rendered by Judge Decker on
     April 7, 2015